[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**
AUG 13 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ZACHARY S. SMITH )
8158 S. JUSTINE )
CHICAGO IL 60620 )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
CHICAGO PUBLIC SCHOOLS )
42 W. MADISON )
CHICAGO IL 60602-4413 )
(Name of the defendant or defendants) )

CIVIL ACTION

1:21-cv-04338
Judge Virginia M. Kendall
Magistrate Judge Sunil R. Harjani
RANDOM

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ZACHARY S. SMITH of the county of COOK in the state of ILLINOIS.

3. The defendant is CHICAGO PUBLIC SCHOOLS, whose street address is 42 W. MADISON 60602-4413,
(city) CHICAGO (county) COOK (state) IL (ZIP) 60602-4413
(Defendant's telephone number) (773) - 553-1064

4. The plaintiff sought employment or was employed by the defendant at (street address)
4720 S. ST LOUIS ST (city) CHICAGO
(county) COOK (state) IL (ZIP code) 60602-4413

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:21-cv-04338 Document #: 1 Filed: 08/13/21 Page 2 of 9 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☑ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) March , (day) 5 , (year) 2018 .

7.1 (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) May (day) 5 (year) 2021 .

    (ii) ☑ the Illinois Department of Human Rights, on or about (month) May (day) 5 (year) 2021 .

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:21-cv-04338 Document #: 1 Filed: 08/13/21 Page 3 of 9 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) May (day) 5 (year) 2021 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:21-cv-04338 Document #: 1 Filed: 08/13/21 Page 4 of 9 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

      (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

      (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

      (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

      (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

      (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

      (a) ☐ failed to hire the plaintiff.

      (b) ☒ terminated the plaintiff's employment.

      (c) ☐ failed to promote the plaintiff.

      (d) ☐ failed to reasonably accommodate the plaintiff's religion.

      (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

      (f) ☒ failed to stop harassment;

      (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

      (h) ☒ other (specify): I would not cooperate in committing illegal act, reported complained to HR, Talent office Executive Director of operations from dates of 5/2018 to Feb. 2021

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I WAS SUBJECTED TO DEFFERENT TERMS and CONDITIONS of Employment, Including but NOT limited to Not being allowed to go to TRANG like - younger, NON-BlACK employees, I reported fraudulent activities, Subsequently, I WAS Subjected to harassment and on about FEBRUARY 10, 2021, I WAS discharged

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. [X] YES  [ ] NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) [ ]  Direct the defendant to hire the plaintiff.

(b) [X]  Direct the defendant to re-employ the plaintiff.

(c) [ ]  Direct the defendant to promote the plaintiff.

(d) [ ]  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) [ ]  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) [X]  Direct the defendant to (specify): I WOULD NOT CO OPERATE TO COMMITT ILLEAGAL ACTS, from THE DATES of MAY 2018 TO FEB 10 2021 I ComsplAINTED TO HR, TALENT OFFICE AND AFTER TO EOCD, AND MUTIPle GOV. AgencYES

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Zachary S. Smith_

(Plaintiff's name)

ZACHARY S. SMITH

(Plaintiff's street address)

8158 S. JUSTINE

CHICAGO IL 60620

(City) CHICAGO    (State) IL    (ZIP) 60620

(Plaintiff's telephone number) (773) – 788-8695

Date: AUGUST 13, 2021

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2021-02707 |
|---|---|---|

**ILLINOIS DEPARTMENT OF HUMAN RIGHTS** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MR. ZACHARY SMMITH** | Home Phone<br>**(773) 788-8695** | Year of Birth<br>**1962** |
|---|---|---|

Street Address: **8158 S. JUSTINE, CHICAGO, IL 60620**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**CHICAGO PUBLIC SCHOOLS** | No. Employees, Members<br>**501+** | Phone No.<br>**(773) 553-1064** |
|---|---|---|

Street Address: **WAREHOUSE, 4720 S. ST. LOUIS ST., CHICAGO, IL 60602**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address:

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-10-2021  Latest: 02-10-2021
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in or around September 2017. My most recent position was Equipment Service Technician. During my employment, I was also subjected to different terms and conditions of employment, including but not limited to not being allowed to go to training, like younger, non-black employees. I reported fraudulent activity. Subsequently, I was subjected to harassment and on or about February 10, 2021, I was discharged.

I believe I was discriminated against because of my race, Black, and retaliated against, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe I have been discriminated against my age, 59 (YOB: 1961), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Zachary Smmith on 05-13-2021 01:18 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.