# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ZACHARY S. SMITH, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-04338 |
| ) | |
| v. ) | |
| ) | The Honorable Judge Jeremy Daniel |
| CHICAGO PUBLIC SCHOOLS, ) | |
| ) | Magistrate Judge Sunil Harjani |
| Defendant. ) | |

## STIPULATION TO DISMISS

Defendant, Board of Education of the City of Chicago ("Board"), by one of its attorneys, Christina Rosenberg, and Plaintiff, Zachary Smith, by his attorney, Alexander Taylor, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims against the Board shall be hereby dismissed with prejudice, with each side bearing its own respective costs and attorneys fees, pursuant to the Settlement Agreement and Agreed Order of Dismissal.

**On Behalf of Zachary Smith, Plaintiff**

*/s/ Alexander J. Taylor*

Alexander J. Taylor
Sulaiman Law Group, Ltd
2500 S. Highland Ave., Suite 200
Lombard, Illinois 60148
(P) 630.575.8181
(F) 630.575.8188

**On Behalf of the BOARD OF EDUCATION OF THE CITY OF CHICAGO**

*/s/ Christina L. Rosenberg*

Christina L. Rosenberg
Board of Education of the City of Chicago
One North Dearborn Street, Suite 900
Chicago, Illinois 60602
(P) 773.553.1700
(F) 773.553.1701